Name and address:
Richard P. Rouco
Whatley Drake & Kallas, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & <br> Plaintiff(s) <br> v. <br> ConocoPhillips Company and DOES 1 through 10, inclusive <br> Defendant(s). | CASE NUMBER <br> CV-08-2068-PSG(FFMx) <br><br> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Richard P. Rouco _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: United Steel, Paper & Forestry, et al. by whom I have been retained.

My *out-of-state* business information is as follows:
Whatley Drake & Kallas, LLC
*Firm Name*

2001 Park Place North, 1000 Park Place Tower
*Street Address*

Birmingham, AL 35203                          rrouco@wdklaw.com
*City, State, Zip*                            *E-Mail Address*
(205) 328-9576                                (205) 328-9669
*Telephone Number*                            *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| U.S.D.C. Northern District of Alabama | March 2, 1995 |
| U.S.D.C. Middle District of Alabama | October 25, 1994 |
| U.S.D.C. Southern District of Alabama | July 5, 1995 |
| U.S. Court of Appeals for the 11th Circuit | April 11, 1997 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate _____ Robert A. Cantore _____ as local counsel, whose business information is as follows:

Gilbert & Sackman
*Firm Name*
3699 Wilshire Boulevard, Suite 1200
*Street Address*
Los Angeles, California 90010                              rac@gslaw.org
*City, State, Zip*                                          *E-Mail Address*
(323) 938-3000                                              (323) 937-9139
*Telephone Number*                                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  10/17/08                                Richard P. Rouco
                                               *Applicant's Name (please print)*
                                               [signature]
                                               *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  10-22-08                                Robert A. Cantore
                                               *Designee's Name (please print)*
                                               [signature]
                                               *Designee's Signature*
                                               127462
                                               *Designee's California State Bar Number*


**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, Sharon Harris, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **RICHARD P. ROUCO** was duly admitted to practice in said Court on **March 2, 1995,** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on October 7, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

**DECLARATION OF SERVICE BY MAIL**

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, am a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen years and not a party to the within proceeding; my business address is **GILBERT & SACKMAN**, A Law Corporation, 3699 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010-2732. On October 24, 2008, I served the within *APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE; ORDER THEREON*, by depositing a true and correct copy thereof, enclosed in a sealed envelope with postage fully prepaid, in a mailbox regularly maintained by the government of the United States at Los Angeles, California, addressed as follows:

Catherine A. Conway, Esq.
Mark R. Curiel, Esq.
Jeremy F. Bollinger, Esq.
Akin Gump Strauss Hauer & Feld, LLP
2029 Century Park East, Ste. 2400
Los Angeles, CA 90067-3010

I declare under penalty of perjury that the foregoing is true and correct and was executed by me on October 24, 2008, at Los Angeles, California.

**Aimee Don-Jordon**, Declarant