UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 08-2068-PSG (FFMx) | Date: | April 26, 2010 |
| Title: | UNITED STEEL PAPER & FORESTRY RUBBER MANUFACTURING ENERGY ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION AFL-CIO CLC, ET AL. -VS- CONOCOPHILLIPS COMPANY | | |

Present: The Honorable:   **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Joshua Young  
Randy Renick  
Robert Cantore  

Attorneys Present for Defendants:  
Scott Wtlin  
Caherine Conway  

Proceedings:   **STATUS CONFERENCE / SCHEDULING CONFERENCE**

The Court questions counsel confer regarding the Status Conference Statement, filed April 26, 2010, and sets the following briefing schedule:

Supplemental Papers Due:        05-17-10  
Supplemental Opposition Due:    06-07-10  
Supplemental Reply Due:         06-28-10  
Hearing (1:30 p.m.):            07-12-10  

At the request of the parties, the Court allows the opposition and reply brief to be 25 pages in length.

                                                    0    :    16
                                           Initials of Preparer    wkh