1
ROBERT A. CANTORE (California Bar No. 127462)
(Email: rac@gslaw.org)
2
JOSHUA F. YOUNG (California Bar No. 232995)
(Email: jyoung@gslaw.org)
3
**GILBERT & SACKMAN**
**A LAW CORPORATION**
4
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
5
Telephone:   (323) 938-3000
Fax:         (323) 937-9139
6

7
Joe R. Whatley (Admitted Pro Hac Vice)
Richard P. Rouco (Admitted Pro Hac Vice)
8
**WHATLEY DRAKE & KALLAS, LLC**
2323 2nd Avenue North
9
Birmingham, Alabama 35203
Telephone:   (205) 488-1226
Fax:         (205) 328-9669
10

11
Attorneys for Plaintiff USW
12
Anne Richardson (California Bar No. 151541)
(Email: arichardson@hskrr.com)
13
Randy Renick (California Bar No. 179652)
(Email: rrr@hskrr.com)
14
Joshua Piovia-Scott (California Bar No. 222364)
Email: josh@hskrr.com
15
**HADSELL STORMER KEENY**
**RICHARDSON & RENICK, LLP**
16
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
17
Telephone:   (626) 585-9600
Fax:         (626) 577-7079
18
Attorneys for Plaintiffs Raudel Covarrubias,
David Simmons, and Stephen S. Swader, Sr.
19

20
UNITED STATES DISTRICT COURT
21
CENTRAL DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, on behalf of its members employed by defendants, and RAUDEL COVARRUBIAS, DAVID SIMMONS AND STEPHEN S. SWADER, SR., individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs, | Case No. CV08-2068 PSG (FFMx)<br><br>**PLAINTIFFS' JOINT NOTICE OF INTENT TO CROSS-EXAMINE DECLARANTS**<br><br>Date:    July 12, 2010<br>Time:    1:30 p.m.<br>Place:   Courtroom 880<br>Judge:   Hon. Philip S. Gutierrez |

v.

CONOCOPHILLIPS COMPANY and
DOES 1 through 10, inclusive,

Defendants.

1    TO DECLARANTS DAVE COPE, LES FEJER, ALPHONSO GRAVES,

2  DARRIN JUST, ANDRE MAGEE, CESAR REYES, LARRY ZUMBRO AND ALL

3  ATTORNEYS OF RECORD:

4    PLEASE TAKE NOTICE THAT Plaintiffs hereby jointly submit a Notice of Intent

5  to Cross-Examine declarants Dave Cope, Les Fejer, Alphonse Graves, Darrin Just, Andre

6  Magee, Cesar Reyes, and Larry Zumbro, pursuant to the Local Rule 7-8.  All of these

7  individuals submitted declarations in support of ConocoPhillips's Opposition to Plaintiffs'

8  Renewed Motion for Class Certification (Dkt #229). This constitutes seven out of 25

9  individuals who submitted declarations in support of this motion.  As of the date they

10  submitted their declarations, all of these declarants were current employees of

11  ConocoPhillips in supervisory positions and resided in the Los Angeles area.  Plaintiffs

12  hereby request that the Court order these declarants be made available for cross-

13  examination at the hearing on the Motion for a Class Certification on July 12 2010. In the

14  alternative, Plaintiffs request that the Court order that the cross-examination of these

15  declarants be done by deposition as permitted under Local Rule 7-15.

16  DATED:  June 29, 2010                 Robert A. Cantore (Bar No. 127462)
17                                                       (Email: rac@gslaw.org)
                                                         Joshua F. Young (Bar No. 232995)
18                                                       By: s/ Joshua F. Young
                                                         (Email: jyoung@gslaw.org)
19                                                       Gilbert & Sackman, A Law Corporation
                                                         3699 Wilshire Boulevard, Suite 1200
20                                                       Los Angeles, California 90010-2732
                                                         Telephone: (323) 938-3000; Fax: (323) 937-9139

21
                                                         Joe R. Whatley (Admitted Pro Hac Vice)
22                                                       Richard P. Rouco (Admitted Pro Hac Vice)
                                                         Whatley Drake & Kallas, LLC
23                                                       2323 2nd Avenue North
                                                         Birmingham, Alabama 35203
24                                                       (205) 488-1226; Fax: (205) 328-9669

25                                                       *Attorneys for Plaintiff USW*

26                                                       Anne Richardson (Bar No. 151541)
                                                         (Email: arichardson@hskrr.com)
27                                                       Randy Renick (Bar No. 179652)
                                                         By: s/ Randy Renick
28                                                       (Email: rrr@hskrr.com)
                                                         Joshua Piovia-Scott (Bar No. 222364)
                                                         Email: josh@hskrr.com

                                                 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HADSELL STORMER KEENY
RICHARDSON & RENICK, LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone:   (626) 585-9600
Fax:            (626) 577-7079

*Attorneys for Plaintiffs Raudel Covarrubias,
David Simmons, and Stephen S. Swader Sr.*

2