UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-2068 PSG (FFMx) | Date | January 28, 2011 |
|---|---|---|---|
| Title | United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC, *et al.* v. ConocoPhilips Co. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:** **(In Chambers) Order to Show Cause Why Plaintiffs' Renewed Motion for Class Certification Should Not Be Stayed Pending Resolution of Wal-Mart Stores, Inc. v. Dukes in the United States Supreme Court**

On December 6, 2010, the United States Supreme Court granted Wal-Mart Stores, Inc.'s petition for certiorari in a labor class action case. *See Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 795 (2010). The Supreme Court directed the parties to brief, *inter alia*, the question of "[w]hether the class certification ordered under Rule 23(b)(2) [by the lower court] was consistent with Rule 23(a)." *Id.*

As Federal Rule of Civil Procedure 23(a)'s four requirements–numerosity, commonality, typicality and adequacy–are relevant to Plaintiffs' renewed motion for class certification pending before this Court, the parties are Ordered to Show Cause why this motion should not be stayed pending the Supreme Court's decision in *Wal-Mart*. Each party must submit a brief not to exceed five (5) pages in length by **February 7, 2011** addressing why this case should or should not be stayed.

**IT IS SO ORDERED.**