1 RANDY RENICK (SBN 179652)
rrr@hskrr.com
2 **HADSELL STORMER KEENY RICHARDSON & RENICK, LLP**
128 N. Fair Oaks Ave.
3 Pasadena, California 91103
Telephone:    626.585.9600
4 Facsimile:    626.577.7079
Attorneys for Plaintiffs Covarrubias, Simmons & Swader
5

JOSHUA F. YOUNG (SBN 232995)
6 jyoung@gslaw.org
**GILBERT & SACKMAN, A Law Corporation**
7 3699 Wilshire Blvd., Ste. 1200
Los Angeles, California 90010-2732
8 Telephone: (323) 938-3000
Fax: (323) 937-9139
9 Attorneys for Plaintiff USW

10 CATHERINE A. CONWAY (SBN 98266)
cconway@akingump.com
11 **AKIN GUMP STRAUSS HAUER & FELD LLP**          E-FILED 07-07-11
2029 Century Park East, Suite 2400
12 Los Angeles, California 90067-3012              LINK TO DOC. # 127
Telephone:    310-229-1000
13 Facsimile:    310-229-1001

14 Attorneys for Defendant
ConocoPhillips Company
15

16                  UNITED STATES DISTRICT COURT

17                  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, on behalf its members employed by defendants, and RAUDEL COVARRUBIAS, DAVID SIMMONS AND STEPHEN S. SWADER, SR., individually and on behalf of all similarly situated current and former employees, | Case No. CV08-2068 PSG (FFMx)  ~~[PROPOSED]~~ ORDER RE STAY PENDING RESOLUTION OF *WAL-MART STORES, INC. V. DUKES* IN THE UNITED STATES SUPREME COURT  Judge:   Hon. Philip S. Gutierrez  Ctrm:    880 |
| 24                              Plaintiffs, | |
| 25          v. | |
| 26 CONOCOPHILLIPS COMPANY and DOES 1 through 10, inclusive, | |
| 27                              Defendants. | |

28

---

[PROPOSED] ORDER RE STAY PENDING RESOLUTION OF *WAL-MART STORES, INC. V. DUKES* IN THE
UNITED STATES SUPREME COURT

1

## [~~PROPOSED~~] ORDER

2    On June 20, 2011, the United States Supreme Court issued its decision in *Wal-*

3 *Mart Stores, Inc. v. Dukes*, 564 U.S. __ (2011).  Accordingly, the Court hereby lifts the

4 stay of this case.

5    [The parties are ordered to file simultaneous briefs on August 1, 2011, explaining

6 the relevance, if any, of the United States Supreme Court's decision in *Wal-Mart Stores,*

7 *Inc. v. Dukes* on the Court's determination of Plaintiffs' Renewed Motion for Class

8 Certification.

9    The hearing date for Plaintiffs' Renewed Motion for Class Certification is hereby

10 set for September 26, 2011 at 1:30 p.m.]

11

12    **IT IS SO ORDERED.**

13

14

15 Dated: _7/7/11_____    By_____ **PHILIP S. GUTIERREZ** _____

16                          Honorable Philip S. Gutierrez
                           United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

1