# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 08-2068-PSG (FFMx) | Date: | March 5, 2012 |
| Title: | UNITED STEEL PAPER & FORESTRY RUBBER MANUFACTURING ENERGY ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION AFL-CIO CLC, ET AL. -VS- CONOCOPHILLIPS COMPANY | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua Young / Cornelia Dai / Randy Renick | Jeremy Bullinger / Catherine Conway |

Proceedings: **DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING CLASS CERTIFICATION - FILED 12-16-11 (DOC. 333); SCHEDULING CONFERENCE**

Having considered all papers submitted in support of and in opposition to the Motion referenced above, and the oral argument presented today, the Court takes the motion Under Submission.

The Court proceeds with the Scheduling Conference and sets the following dates:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment to be filed by: | 04-30-12 |
| Opposition to Motion for Summary Judgment to be filed by: | 05-21-12 |
| Reply to Opposition to be filed by: | 06-04-12 |
| Hearing on Motion for Summary Judgment (1:30pm): | 06-18-12 |
| Motion to Compel to be filed by: | 08-07-12 |
| Final Pretrial Conference (2:30 p.m.): | 10-01-12 |
| Jury Trial (9:00 a.m.): | 10-23-12 |

: 18

Initials of Preparer: wh