Anne Richardson (California Bar No. 151541)
(Email: arichardson@hskrr.com)
Randy Renick (California Bar No. 179652)
(Email: rrr@hskrr.com)
Cornelia Dai (California Bar No. 207435)
(Email: cdai@hskrr.com)
**HADSELL STORMER KEENY RICHARDSON & RENICK, LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone:   (626) 585-9600
Fax:         (626) 577-7079

*Attorneys for Plaintiffs Raudel Covarrubias, David Simmons, and Stephen S. Swader*

Jay Smith (California Bar No. 166105)
(Email: js@gslaw.org)
Joshua F. Young (California Bar No. 232995)
(Email: jyoung@gslaw.org)
**GILBERT & SACKMAN
A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:   (323) 938-3000
Fax:         (323) 937-9139

*Attorneys for Plaintiff USW*
*[additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, on behalf of its members employed by defendants, and RAUDEL COVARRUBIAS, DAVID SIMMONS AND STEPHEN S. SWADER, SR., individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV08-2068 PSG (FFMx)<br><br>**JOINT STIPULATION RE: APPROVAL OF CLASS CERTIFICATION NOTICE AND NOTICE PLAN**<br><br>Hon. Philip S. Gutierrez<br><br>Date Action Filed: February 15, 2008<br>Date Action Removed: March 27, 2008 |

JOINT STIPULATION RE: APPROVAL OF CLASS CERTIFICATION NOTICE AND NOTICE PLAN

1  Richard P. Rouco (Admitted Pro Hac Vice)
   (Email: rrouco@qwwdlaw.com)
2  **QUINN CONNOR WEAVER DAVIES & ROUCO LLP**
3  2700 Highway 280 East, Suite 380
   Birmingham, Alabama 35223
4  Telephone:   (205) 870-9989
   Fax:         (205) 803-4143
5
   *Attorneys for Plaintiff USW*
6
7  Catherine A. Conway (California Bar No. 98266)
   (Email: cconway@gibsondunn.com)
   **GIBSON DUNN & CRUTCHER LLP**
8  333 South Grand Avenue
   Los Angeles, California 90071-3197
9  Telephone: (213) 229-7000
   Fax:       (213) 229-7520
10
11 Jeremy F. Bollinger (California Bar No. 240132)
   (Email: jbollinger@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
12 2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
13 Telephone:  (310) 229-1000
   Fax:        (310) 229-1001
14
15 *Attorneys for Defendant ConocoPhillips Company*

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE: APPROVAL OF CLASS CERTIFICATION NOTICE AND NOTICE PLAN

Pursuant to Federal Rule of Civil Procedure 23, the Court's October 27, 2011 Order granting Plaintiffs' motion for class certification, the parties, Raudel Covarrubias, David Simmons, Stephen S. Swader, Sr., United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC, and ConocoPhillips Company submit the following proposed class certification notice plan: Gilardi & Co. ("TPA") will be charged with preparing and sending the Class Notice to class members.

| | |
|---|---|
| Deadline for Defendants to provide the names and last-known addresses of class members to the TPA ("Class List") | **7 days** after the date of entry of the Court's Order regarding the parties' joint proposed class certification notice plan |

Following receipt of the Class List, the TPA will prepare the Class Notice, a proposed draft of which is attached hereto as Exhibit A, for mailing by First-Class U.S. mail to the class members' last-known addresses. Prior to mailing, Class Counsel will have an opportunity to cross-reference the names and addresses provided by Defendants with the last-known addresses maintained by the USW. If any disputes arise regarding class membership, the Parties shall meet and confer and attempt to resolve the dispute and, if necessary, file a motion with the Court. If a motion is necessary, the below dates will be continued pending resolution of the dispute.

| | |
|---|---|
| Deadline for mailing Class Notices to class members | **7 days** after Class Counsel receives the Class List from Defendants (this date is based on an estimated class size of 1,000 individuals; if the Class List provided by Defendants includes significantly more class members, then the deadline for mailing of Class Notices shall be delayed, as necessary, to allow for the preparation of additional notices by Class Counsel) |
| Deadline for class members to mail | **45 days** after the postmark date of the |

1

| requests for exclusion (postmark deadline) | Class Notice |
|---|---|

The Parties respectfully request that the Court approve the above-described joint proposed class certification notice plan for the dissemination of the Class Notice to members of the plaintiff class.

DATED:  April 30, 2012

Anne Richardson (Bar No. 151541)
(Email: arichardson@hskrr.com)
Randy Renick (Bar No. 179652)
By: s/ *Randy Renick*
(Email: rrr@hskrr.com)
Joshua Piovia-Scott (Bar No. 222364)
Email: josh@hskrr.com
Hadsell Stormer Keeny Richardson & Renick LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone:   (626) 585-9600
Fax:              (626) 577-7079

*Attorneys for Plaintiffs Raudel Covarrubias, David Simmons, and Stephen S. Swader Sr.*

Jay Smith (Bar No. 166105)
Joshua F. Young (Bar No. 232995)
By: s/ *Joshua F. Young*
(Email: jyoung@gslaw.org)
Gilbert & Sackman, A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732
Telephone:   (323) 938-3000
Fax:              (323) 937-9139

Richard P. Rouco (Admitted Pro Hac Vice)
Quinn, Connor, Weaver,
Davies & Rouco, LLP
2700 Highway 280 Ste. 380
Birmingham, Alabama 35223
Telephone:   (205) 870-9989
Fax:              (404) 299-1288

*Attorneys for Plaintiff USW*

*[additional signatures on next page]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Catherine A. Conway (Bar No. 98266)
(Email: cconway@gibsondunn.com)
By: s/*Catherine A. Conway*
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:  (213) 229-7000
Fax:           (213) 229-7520

Jeremy F. Bollinger (Bar No. 240132)
(Email: jbollinger@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  (310) 229-1000
Fax:           (310) 229-1001

*Attorneys for Defendant ConocoPhillips Company*

JOINT STIPULATION RE: APPROVAL OF CLASS CERTIFICATION NOTICE AND NOTICE PLAN