| | |
|---|---|
| 1 | RANDY RENICK (SBN 179652) |
| | rrr@hskrr.com |
| 2 | **HADSELL STORMER KEENY RICHARDSON & RENICK, LLP** |
| | 128 N. Fair Oaks Ave. |
| 3 | Pasadena, California  91103 |
| | Telephone:   626.585.9600       E-FILED 02/11/13 |
| 4 | Facsimile:   626.577.7079 |
| | Attorneys for Plaintiffs |
| 5 | Covarrubias, Simmons & Swader |
| 6 | JOSHUA F. YOUNG (SBN 232995) |
| | jyoung@gslaw.org |
| 7 | **GILBERT & SACKMAN, A Law Corporation** |
| | 3699 Wilshire Blvd., Ste. 1200 |
| 8 | Los Angeles, California 90010-2732 |
| | Telephone:   323. 938.3000 |
| 9 | Facsimile:   323.937.9139 |
| | Attorneys for Plaintiff USW |
| 10 | |
| 11 | CATHERINE A. CONWAY (SBN 98366) |
| |    CConway@gibsondunn.com |
| 12 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 333 South Grand Avenue |
| 13 | Los Angeles, California 90071-3197 |
| | Telephone: 213-229-7000 |
| 14 | Facsimile: 213-229-7520 |
| 15 | JULIA I. DE BEERS (SBN 233811) |
| | jdebeers@akingump.com |
| 16 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 2029 Century Park East, Suite 2400 |
| 17 | Los Angeles, California 90067-3012 |
| | Telephone:   310.229.1000 |
| 18 | Facsimile:   310.229.1001 |
| 19 | Attorneys for Defendant |
| | Phillips 66 (previously ConocoPhillips Company) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, on behalf of its members employed by defendants, and RAUDEL COVARRUBIAS, DAVID SIMMONS AND STEPHEN S. | Case No. CV08-2068 PSG (FFMx)<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>DATE:   December 17, 2012<br>TIME:   1:30 p.m. |

1

| | | |
|---|---|---|
| 1 | SWADER, SR., individually and on behalf of all similarly situated current and former employees, | Place:   Courtroom 880 |
| 2 | | Judge:   Hon. Philip S. Gutierrez |
| | Plaintiffs, | |
| 3 | v. | |
| 4 | CONOCOPHILLIPS COMPANY and DOES 1 through 10, inclusive, | |
| 5 | | |
| | Defendants. | |
| 6 | | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

On December 12, 2012, the Court granted Preliminary Approval of the Class Action Settlement. As part of the Settlement Agreement, the Parties continued to negotiate the language of an On-Duty Meal Period Agreement to be submitted to the Union membership for ratification. The Parties reached an agreement on the language to be contained in the On Duty Meal Period Agreement on December 21, 2012.

Defendant provided the claims administrator with the information contemplated by Paragraph 50 of the Joint Stipulation of Class Action Settlement on January 28, 2013, including the number of shifts worked by each class member during the class period. The Settlement Agreement provides that the number of shifts is to be used as one of the factors in determining each class member's share of the settlement. In order to provide each class member with the accurate number of shifts worked by that individual during the class period, the parties required additional time to send out notice to the class members.

1) Defendant shall have until two business days after the Court calendars the Final Approval Hearing to comply with the "Notification of Settlement" requirements of the Class Action Fairness Act.

2) The administrator shall have until February 11, 2013 to send notice to the settlement class members.

3) The USW shall have until March 15, 2013 to present the On-Duty Meal Period Agreement for ratification to its members.

4) The deadline to file and serve objections and postmark opt out notices shall be 45 days from the mailing of the Settlement Documents (March 28, 2013).

5) The deadline for filing the motion for final approval shall be April 8, 2013.

6)
/ / /

/ / /

7) The Final Approval Hearing shall be continued to [a date on or after May 6, 2013] 05/06/13 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 02/11/13

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
United States District Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT